| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Law Offices Of Hagen & Hagen<br>Jeffrey J Hagen – SBN 143754<br>(818) 501-6161<br>4559 San Blas Avenue<br>Woodland Hills, California  91364<br>Fax: (818) 907-6722<br>jeff@hagenhagenlaw.com<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for:  Debtor<br>☐ Chapter 13 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 22 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Bever    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>**Jeffrey Charles Yellin,**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **1:19-bk-10795-VK**<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) 12/26/2019 as docket entry number 50 ~~and the recommendation of the chapter 13 trustee~~, it is ordered that Debtor's motion is:

☒  Granted    ☐  Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 3015-1.14.ORDER.CH13.GENRL**

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☒ Granted on the following conditions:

Debtor Yellin's plan is modified FROM:

$1,390.00 per month for months 01 through 02
$1,408.00 per month for months 03 through 03
$1,460.00 per month for months 04 through 60

totaling $87,408.00, 38% to Class 5 creditors

TO:

$1,390.00 per month for months 01 through 02
$1,408.00 per month for months 03 through 03
$1,460.00 per month for months 04 through 08
$  500.00 per month for months 09 through 60

totaling $37,488.00, 38% to Class 5 creditors

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: January 22, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                           **F 3015-1.14.ORDER.CH13.GENRL**